IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| Hani Nader | ) | CASE NO: 18-16753 |
| Marie Rose Nader | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |

## NOTICE OF HEARING ON DEBTORS AMENDED MOTION TO AVOID LIENS

HANI NADER and MARIE ROSE NADER, Debtors herein, have filed an Amended Motion to Avoid Liens.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant Debtor's Amended Motion to Avoid Liens, or if you want the Court to consider your views on Debtor's Amended Motion to Avoid Liens, then on or before March 5, 2020, you or your attorney must:

1. File a written response, explaining your position, at

U.S. Bankruptcy Court | Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue | Cleveland, OH 44114-1235

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

2. Mail a copy to:

| Adrienne S. Foster, Esq. | U.S. Trustee's Office | Lauren A. Helbling |
| FORBES LAW LLC | Howard M. Metzenbaum | Chapter 13 Trustee |
| 166 Main Street | U.S. Courthouse | 200 Public Square, Suite 3860 |
| Painesville, OH 44077 | 201 Superior Avenue East, Suite 441 | Cleveland OH 44114-2321 |
| | Cleveland, OH 44114 | |

If you or your attorney do not take these steps, the Court may decide that you do

not oppose Debtor's Amended Motion to Avoid Liens and may enter an Order granting the Amended Motion to Avoid Liens without a hearing.

Respectfully submitted:

*/s/ Adrienne S. Foster*
Adrienne S. Foster, Esq., #0080011
Attorney for Debtor
FORBES LAW LLC
166 Main Street
Painesville, OH 44077
(440) 357-6211
Email: afoster@geflaw.net;
bankruptcy@geflaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, a true and correct copy of the Notice of Motion was served via the court's Electronic Case Filing System and/or regular US Mail, postage pre-paid on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Lauren A. Helbling, ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

Office of the US Trustee, (Registered address)@usdoj.gov

Joel K Jensen, Esq., Attorney for Creditor at: nohbk@lsrlaw.com

And by regular US Mail, postage pre-paid, to:

| | |
|---|---|
| Cab East LLC<br>Highest Ranking Officer<br>1 American Road<br>Dearborn, MI 48126 | Huntington National Bank c/o<br>Stephen D. Steinour, President and Chief Executive Officer<br>17 South High Street<br>Columbus, Ohio 43216 |
| Cab East LLC<br>C/O Keith Weiner<br>75 Public Square, 4th floor<br>Westlake, OH 44145 | Via certified mail 70142120000083041043<br><br>Huntington National Bank<br>c/o Scott A Norcross<br>925 Euclid Avenue, #2020<br>Cleveland, OH 44115 |
| Citibank South Dakota NA<br>Highest Ranking Officer<br>701 East 60th Street North<br>Sioux Falls, **SD** 57104 | Precision Recovery Analytics Inc<br>Highest Ranking Officer<br>7500 Rialto Blvd., Bldg 1 Ste 100<br>Austin TX 78735. |
| CitiBank South Dakota NA<br>c/o Brian C Block<br>1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114 | Precision Recovery Analytics, Inc.<br>c/o Brian C Block<br>1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114 |

*/s/ Adrienne S. Foster*
Adrienne S. Foster, Esq. (0080011)
FORBES LAW LLC